NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OTAY MESA PROPERTY, L.P., RANCHO VISTA DEL MAR, OTAY INTERNATIONAL LLC, AND INTERNATIONAL INDUSTRIAL PARK, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5002, - 5008

---

Appeals from the United States Court of Federal Claims in case no. 06-CV-167, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## O R D E R

The United States moves for an extension of time to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States shall file its brief by January 3, 2011.

FOR THE COURT

NOV 2 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roger J. Marzulla, Esq.
     John Arbab, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 9 2010

JAN HORBALY
CLERK